**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 30 WAL 2020

         Respondent                 :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

         v.                    :

                                    :

LANYERE AYERS ROCKAMORE,        :

         Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.